

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the interest of J.M.G., J.R.G.,        * From the 326th District Court
and J.K.G., children,                          of Taylor County,
                                                       Trial Court No. 47383-C.

No. 11-21-00003-CV                        * April 23, 2021

                                                  * Per Curiam Memorandum Opinion
                                                     (Panel consists of: Bailey, C.J.,
                                                     Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed.   Therefore, in accordance with this court's opinion, the appeal is dismissed.   The costs incurred by reason of this appeal are taxed against Whitney Di Anne Marquez.